# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| Timothy James Coates, et al., | |
| Plaintiffs-Appellees and Cross-Appellants, | Case Nos. 22-1339, 22-1434 |
| v. | District of Colorado No. 20-cv-1936-STV |
| Richard A. Reigenborn, *in his individual capacity*, | |
| and | |
| Gene Claps, *in his official capacity as Adams County Sheriff*, | |
| Defendants-Appellants and Cross-Appellees. | |

**Plaintiffs-Appellees' Unopposed Motion to Postpone Oral Argument**

Pursuant to Fed. R. App. P. 34(b) and 10th Cir. R. 34.1(A)(3), undersigned counsel for Plaintiffs-Appellees respectfully requests that this Court postpone the oral argument in these appeals, which is currently scheduled for September 18, 2023, until a date after September 22, 2023. In support, counsel states:

1. Earlier today, these cases were scheduled for oral argument on September 18, 2023.

2. Plaintiffs did not request oral argument; Defendants did.

3. Undersigned counsel will be unavailable for the entirety of the September sitting (September 18 to 22, 2023), due to a longstanding family commitment requiring travel abroad.

4. Undersigned counsel has represented Plaintiffs since their case was initiated in the district court on July 1, 2020, and has been diligently representing Plaintiffs in these appeals. In addition to familiarity with the record, undersigned counsel solely prepared all the relevant briefing in both appeals (as well as in the district court below). Under these circumstances, and given their own caseloads, it would be burdensome for another attorney in undersigned counsel's office to argue in counsel's place.

5. For these reasons, undersigned counsel respectfully requests that the Court postpone the oral argument in these cases until a date after September 22, 2023.

6.  Counsel for Defendants, Michael Sink, does not object to postponing oral argument. Mr. Sink has advised undersigned counsel, however, that he is unavailable during the Court's November sitting.

7.  Pursuant to 10th Cir. R. 34.1(A)(3), undersigned counsel further states that these appeals are suitable for submission on the briefs, which adequately address the issues. Moreover, as argued by Plaintiffs in their principal brief (as well as their pending Motion to Dismiss) binding precedent from this Court and the Supreme Court compels the conclusion that the Court lacks appellate jurisdiction over these interlocutory appeals.

Wherefore, undersigned counsel respectfully requests that the oral argument in these cases be postponed until a date after September 22, 2023.

Respectfully submitted,

*/s/ Felipe Bohnet-Gomez*
Felipe Bohnet-Gomez
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
fbg@rmlawyers.com

Counsel for Plaintiffs-Appellees

## Certificate of Compliance

As required by Federal Rule of Appellate Procedure 32(g)(1), I certify that this motion is proportionally spaced and contains 315 words. I relied on my word processor to obtain the count, and this information is true and correct to the best of my knowledge.

/s/ Felipe Bohnet-Gomez
Felipe Bohnet-Gomez