**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 17, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

TIMOTHY JAMES COATES, et al.,

    Plaintiffs - Appellees/Cross-
    Appellants,

v.

RICHARD A. REIGENBORN, in his
official and individual capacities,

    Defendant - Appellant/Cross-
    Appellee,

and

ADAMS COUNTY SHERIFF'S OFFICE,

    Defendant/Cross-Appellee.

Nos. 22-1339 & 22-1434
(D.C. No. 1:20-CV-01936-STV)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on Plaintiffs-Appellees' Unopposed Motion to

Postpone Oral Argument.  The motion is granted in part. Oral argument scheduled for

September 18, 2023 is vacated and counsel are excused from attendance. This matter will

be set for oral argument on October 2, 2023, at 9:30 a.m. Mountain Time. This oral

argument on October 2, 2023, will be heard REMOTELY via video conference using

Zoom for Government. COUNSEL WILL NOT REPORT TO THE COURTHOUSE.

Arguing counsel must download, complete, and e-file a new calendar acknowledgment form by July 28, 2023.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk