FILED  
United States Court of Appeals  
Tenth Circuit

August 9, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

TIMOTHY JAMES COATES, et al.,

    Plaintiffs - Appellees/Cross-Appellants,

v.

RICHARD A. REIGENBORN, in his official and individual capacities,

    Defendant - Appellant/Cross-Appellee,

and

ADAMS COUNTY SHERIFF'S OFFICE,

    Defendant/Cross-Appellee.

Nos. 22-1339 and 22-1434  
(D.C. No. 1:20-CV-01936-STV)  
(D. Colo.)

---

## ORDER

---

These matters are before the court on *Plaintiffs-Appellees' Motion for Sanctions*. Upon careful consideration, and at the direction of the panel of judges assigned to decide the merits of these appeals, the motion is DENIED without prejudice to renewal, if appropriate, following the court's disposition of these appeals.

    Entered for the Court,

    CHRISTOPHER M. WOLPERT, Clerk