**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 11, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| TIMOTHY JAMES COATES, et al.,<br><br>    Plaintiffs - Appellees/Cross-Appellants,<br><br>v.<br><br>RICHARD A. REIGENBORN, in his official and individual capacities,<br><br>    Defendant - Appellant/Cross-Appellee,<br><br>and<br><br>ADAMS COUNTY SHERIFF'S OFFICE,<br><br>    Defendant/Cross-Appellee. | No. 22-1339<br>(D.C. No. 1:20-CV-01936-STV)<br>(D. Colo.) |
| TIMOTHY JAMES COATES, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>RICHARD A. REIGENBORN, in his official and individual capacities, et al.,<br><br>    Defendants - Appellees. | No. 22-1434<br>(D.C. No. 1:20-CV-01936-STV)<br>(D. Colo.) |

_____

**ORDER**

_____

Upon the court's motion, oral argument in this matter is vacated. Oral argument scheduled for October 2, 2023 is vacated and counsel scheduled to appear are excused from attendance. Counsel may be notified by the clerk of the new date and time for oral argument at a later date.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk