CIRCUIT MEDIATION OFFICE

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

January 27, 2023

Michael A. Sink, Esq.
Adams County Attorney's Office
4430 South Adams County Parkway
Brighton, CO  80601

Felipe Bohnet-Gomez, Esq.
Rathod Mohamedbhai
2701 Lawrence Street, Suite 100
Denver, CO  80205

RE:    No. 22-1339 – Timothy James Coates, et al. v. Richard A. Reigenborn
No. 22-1434 – Timothy James Coates, et al. v. Richard A. Reigenborn

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellee/cross-appellant's brief (the second brief on cross-appeal) is extended to **February 24, 2023**.  The subsequent briefs (the third and fourth briefs on cross-appeal) will be filed as set forth in the Court's Order dated January 4, 2023, to wit:  the third brief (appellant's response and reply brief) will be filed by Defendants within 30 days after service of the second brief, and the fourth brief (appellee's reply brief) will be filed by Plaintiffs within 21 days after service of the third brief on cross-appeal.

Sincerely,

Kevin J. Kinnear

KJK:dm