UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 30, 2023

Ms. Kerri Ann Booth
Ms. Kasandra R. Carleton
Ms. Heidi Michelle Miller
Michael A. Sink
Adams County Attorney's Office
4430 South Adams County Parkway, Suite C5000b
Brighton, CO 80601

**RE:** 22-1339, 22-1434, Coates, et al v. Reigenborn, et al
Dist/Ag docket: 1:20-CV-01936-STV

Dear Counsel:

The paper copies of third brief on cross-appeal are deficient.

Text may be printed on only one side of the paper. *See* Fed. R. App. P. 32(a)(1)(A).

You must file seven corrected paper copies within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Felipe Bohnet-Gomez
      Iris Halpern
      Siddhartha Hardas Rathod

CMW/na